**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF INDIANA**
**HAMMOND DIVISION**

| | |
|---|---|
| **IN RE:** | **CHAPTER 13 PROCEEDINGS** |
| **ALAN GREGORY GIMA** | |
| | **CASE NO: 21-20770 JRA** |
| Debtor(s) | |

**REQUEST FOR COURT TO**
**TAKE JUDICIAL NOTICE OF UNFILED TAX RETURNS**

Comes now Paul R. Chael, Standing Chapter 13 Trustee herein, and requests the Court to take judicial notice of the claim filed herein by the **INTERNAL REVENUE SERVICE,** and notes that said claim appears to be based on estimates because the Debtor has not filed tax returns for **2015, 2016,, 2018, 2019 AND 2020.**

Trustee represents to the Court that without these tax amounts being liquidated, the Trustee would not be able to make a recommendation as to confirmation or the case would not be confirmable and would possibly be subject to further delay.

Wherefore, Trustee prays that the Court takes judicial notice of the proofs of claim filed by the above-mentioned taxing authority, that the Court issue such further relief as it deems appropriate in order to ensure that any unfiled returns are filed so that the administration of the case is not unduly delayed.

/S/ PAUL R. CHAEL
Paul R. Chael, Trustee
Indiana Atty No.3881-45

**CERTIFICATE OF SERVICE**

I hereby certify that on June 10, 2021, service of a true and complete copy of the above and foregoing pleading or paper was electronically sent through the court's ECF system to the following parties:

U.S. Trustee
Attorney for Debtor(s): LAW OFFICE OF MOSELEY & MARTINEZ

and upon the following by depositing the same in the United States mail, envelopes properly address to each of them and with sufficient first-class postage affixed.

INTERNAL REVENUE SERVICE, 575 N. PENNSYLVANIA ST., STOP SB380, INDIANAPOLIS, IN 46204

ALAN GREGORY GIMA, 10379 PLAYER ST, CROWN POINT, IN 46307    ,

/S/ PAUL R. CHAEL
Paul R. Chael, Trustee
401 W. 84th Drive, Suite C
Merrillville, IN 46410
(219)650-4015